**STUDIO & PARTNERS S.R.L.,**
**Plaintiff–Appellant,**

v.

**KI (formerly known as Krueger International, Inc.), Defendant–Appellee.**

No. 2008–1254.

United States Court of Appeals, Federal Circuit.

Sept. 18, 2008.

David H. Weber, Liebmann, Conway, Olejniczak, Green Bay, WI, for Defendant–Appellee.

Kara E.F. Cenar, Jeana R. Lervick, Bell, Boyd & Lloyd LLC, Chicago, IL, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).